## Verification

I, DEBORAH SAVAGE, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2008.

_____
DEBORAH SAVAGE