UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Deborah Savage, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:08-cv-00926 |
| vs. | ) |
| | ) Judge Wayne R. Anderson |
| Hexion Specialty Chemicals, Inc., | ) |
| | ) |
| Defendant. | ) |

### HEXION SPECIALTY CHEMICAL, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendant hereby states that that there is no publicly-held corporation that owns ten percent (10%) or more of Hexion's stock. Pursuant to Local Rule 3.2, counsel for Defendant hereby states that there is no publicly-held entity owning more than five percent (5%) of Hexion's stock.

                                                                                 Hexion Specialty Chemicals, Inc.

                                                                                 By: /s/ Kara L. McCall
                                                                                  One of Its Attorneys

Dated: March 5, 2008

Kara L. McCall
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000
Firm No. 42418

## **CERTIFICATE OF SERVICE**

       I, Kara L. McCall, hereby certify that on March 5, 2008, a copy of the foregoing Hexion Specialty Chemical, Inc.'s Corporate Disclosure Statement was electronically filed. Parties may access this filing through the Court's system. I also caused one copy to be sent via U.S. Mail to the following address, as counsel of record for Plaintiff:

Lisa Kane  
LISA KANE & ASSOCIATES, P.C.  
120 South LaSalle Street  
Suite 1420  
Chicago, Illinois 60603

                                                         /s/ Kara L. McCall  
                                                          Kara L. McCall