Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 926 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Deborah Savage vs. Hexion Specialty Chemicals, Inc. | | |

**DOCKET ENTRY TEXT**

Enter stipulated protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA